IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

MARK EDWARDS                              *

    Petitioner,                                  *

    v.                                              *        2:06-CV-375-MEF

SCOTT MIDDLEBROOKS, WARDEN,   *
*et al.*,
                                                         *
    Respondents.

_____

**O R D E R**

Pending before the court is Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241. Petitioner has not submitted the $5.00 filing fee nor has he filed motion for leave to proceed *in forma pauperis*. Petitioner, therefore, shall be granted additional time to either provide the court with the $5.00 filing fee or with the information necessary for a determination of whether he should be allowed to proceed *in forma pauperis* in this cause of action.

Accordingly, it is ORDERED that:

1. On or before May 11, 2006 Petitioner either submit the $5.00 filing fee or file the appropriate affidavit in support of a motion for leave to proceed *in forma pauperis*. Petitioner is cautioned that his failure to comply with this Order will result in a recommendation by the undersigned that this case be dismissed; and

2. The Clerk SEND a form for use in filing a motion to proceed *in forma pauperis*

to Petitioner.

DONE, this 27th day of April, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE