IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

MARK EDWARDS, #53654-019,        )
                                 )
    Petitioner,                  )
                                 )
v.                               )    CASE NO. 2:06-cv-375-MEF
                                 )           (WO)
SCOTT MIDDLEBROOKS, *et al.,*    )
                                 )
    Respondents.                 )

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The petitioner's Objection (Doc. #4) to the Recommendation of the Magistrate Judge filed on May 16, 2006 is OVERRULED;

2. The Recommendation of the Magistrate Judge (Doc. #3) entered on May 3, 2006 is ADOPTED;

3. The petitioner's challenge to the validity of the sentence imposed pursuant to his drug conviction is DENIED and DISMISSED with prejudice as it is not properly before this court in a 28 U.S.C. § 2241 petition for habeas corpus relief.

DONE this 19th day of May, 2006.

                                           /s/ Mark E. Fuller
                                 CHIEF UNITED STATES DISTRICT JUDGE