IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 JUN -8 A 9: 53

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

MARK EDWARDS, )
    PETITIONER, )
)
V. )
) CASE NO. 2:06-CV-375-
SCOTT MIDDLEBROOKS, ET.AL., ) -MEF   (WO)
    RESPONDENTS. )

### NOTICE OF APPEAL TO THE SUPREME COURT

COMES NOW MARK EDWARDS, Petitioner in the above referenced matter, -a Writ for Habeas Corpus, 28 U.S.C. §2241, and gives NOTICE OF- APPEAL from this court's FINAL JUDGEMENT OF MAY 19, 2006, denying relief from his challenge to an ILLEGAL portion of his sentence, said illegal portion being contary to established Supreme Court- precedents, set prior to petitioner's guilty plea ans subsequent- said illegal sentence.

SAME WILL BE TAKEN TO THE SUPREME COURT BY WRIT OF CERTIORARI.

NOTICE, THIS ___/___ DAY OF JUNE, 2006,

BY-

_Mark Edwards_
MARK EDWARDS, APPELLANT, PRO-SE

(I.)

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| MARK EDWARDS, #53654-019, | ) |
| Petitioner, | ) ) ) |
| v. | ) CASE NO. 2:06-cv-375-MEF ) (WO) |
| SCOTT MIDDLEBROOKS, et al., | ) ) |
| Respondents. | ) ) |

# **FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment is entered in favor of the respondents and against the petitioner and that this action is dismissed with prejudice.

DONE this 19th of May, 2006.

                                                    /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE