IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 06-13290-G

MARK EDWARDS,

                    Plaintiff-Appellant,

versus

SCOTT MIDDLEBROOKS,
Warden,
UNITED STATES OF AMERICA,

                    Defendants-Appellees..

Appeal from the United States District Court for the

Middle District Of Alabama

ENTRY OF DISMISSAL

Pursuant to the 11th Cir.R.42-1(b), this appeal is hereby dismissed for want of prosecution because the appellant has failed to pay the $450 docketing and $5 filing fees ($455) to the district court clerk within the time fixed by the rules, effective this 25th day of July, 2006.

                    THOMAS K. KAHN
                    Clerk of the United States Court
                    of Appeals for the Eleventh Circuit

                    By: Walter Pollard
                        Deputy Clerk

                    FOR THE COURT - BY DIRECTION

A True Copy - Attested
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

ORD-40